AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

/s/ Gregory T. Murphy

Date

Signature

Print Name                                                                 Bar Number

Address

City                              State                         Zip Code

Phone Number                                                          Fax Number

```
 1  GREGORY T. MURPHY
    California State Bar No. 245505
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, CA 92101-5008
    (619) 234-8467/Fax: (619) 687-2666
 4  E-Mail: gregory_murphy@fd.org

 5  Attorneys for Rogelio Tovar-Hernandez
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE NITA L. STORMES)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08MJ1880 |
| Plaintiff, ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| ROGELIO TOVAR-HERNANDEZ, ) | |
| Defendant. ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov

Respectfully submitted,

DATED:     June 24, 2008             /s/ Gregory T. Murphy
                                     **GREGORY T. MURPHY**
                                     Federal Defenders of San Diego, Inc.
                                     Attorneys for Rogelio Tovar-Hernandez