AO 455(Rev. 5/85) Waiver of Indictment

FILED
JUL 1 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| ROGELIO TOVAR-HERNANDEZ | CASE NUMBER: 08CR2314-H |

I, ROGELIO TOVAR-HERNANDEZ, the above named defendant, who is accused committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 7/15/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Rogelio Tovar_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer